UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNAN NIJMEDDIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZARRAGA,<br><br>　　　　Respondent. | Case No. 18-05588 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br><br>(Docket No. 12) |

Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] (Docket No. 1.) On November 9, 2018, Respondent was ordered to file an answer no later than sixty days from the date of the order, such that an answer was due by January 8, 2019. (Docket No. 6.) Respondent has filed a motion for extension of thirty days to file a response. (Docket No. 12.) Good cause appearing, the motion is **GRANTED**. Respondent's answer is due **no later than February 7, 2019**.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer. The matter will be deemed submitted on the date the traverse is due.

---

[1] This matter was reassigned to this Court on December 3, 2018. (Docket No. 11.)

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: January 9, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge